UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC, <br><br> Plaintiff, <br><br> v <br><br> MEDWAY TRUCKING, LLC, a New Jersey limited liability company, PARDO'S TRUCK SERVICES PARTS WAREHOUSE, INC., a New Jersey corporation, and DOMINICK PARDO, an individual, <br><br> Defendants. | Case No. 1:18-cv-10854-JBS-JS <br><br> **ORDER GRANTING DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF MERCEDES BENZ FINANCIAL SERVICES USA, LLC AND AGAINST DEFENDANTS MEDWAY TRUCKING, LLC, PARDO'S TRUCK SERVICES PARTS WAREHOUSE, INC., AND DOMINICK PARDO** |

**THIS MATTER** having been brought before the Court by Notice of Motion of McCarter & English, LLP and Warner Norcross & Judd LLP, attorneys for Plaintiff, on notice to Defendants Medway Trucking, LLC, Pardo's Truck Services Parts Warehouse, Inc., and Dominick Pardo, for entry of an Order granting final default judgment in favor of Plaintiff Mercedes-Benz Financial Services USA, LLC, on Plaintiff's Complaint and there being no opposition to the Motion and for good cause shown;

IT IS, on this **10th** day of **April**, 2019,

ORDERED that:

1. The Motion is granted in its entirety.

2. Plaintiff Mercedes-Benz Financial Services USA, LLC shall have a final judgment by default awarding damages in favor of Plaintiff Mercedes-Benz Financial Services USA, LLC and against Defendants Medway Trucking, LLC, Pardo's Truck Services Parts Warehouse, Inc., and Dominick Pardo, jointly and severally, on Plaintiff's Complaint.

3. There is no just reason for delay of enforcement of the judgment awarded herein and accordingly, the judgment granted herein shall be a final judgment.

                    s/ Jerome B. Simandle
                    Hon. Jerome B. Simandle
                    United States District Judge